UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HARRY MOON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-02769-JMS-MG |
| | ) |
| COOPER'S HAWK, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

By agreement of the parties, this matter was submitted to arbitration, and the case was closed administratively on January 7, 2022. There having been no further action on this case since, the court hereby dismisses it, and direct the clerk to close the case for failure to prosecute.

Date: 3/29/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Amber K. Boyd
Amber K. Boyd Law
amber@amberboydlaw.com

Brian Lee Mosby
LITTLER MENDELSON, P.C.
bmosby@littler.com